Monty L. Barnett, #6-2694
Morgan S. Nance, #8-7173
White and Steele, P.C.
Dominion Towers, North Tower
600 17th Street, Suite 600N
Denver, Colorado 80202-5406
303/296-2828
mbarnett@wsteele.com
mnance@wsteele.com

ATTORNEYS FOR KBP BUILDING MATERIALS LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| DARRELL BECK, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 24-cv-00029-SWS |
| KBP BUILDING MATERIALS LLC, | ) |
| Defendant | ) |

## AMENDED CORPORATE DISCLOSURE STATEMENT OF DEFENDANT KBP BUILDING MATERIALS LLC

Pursuant to Fed. R. Civ. P. 7.1(a), Defendant KBP Building Materials LLC makes the following amended disclosure:

KBP Building Materials LLC's only member is Kodiak Building Partners, LLC, a Delaware Limited Liability Company. Kodiak Building Partners, LLC's only member is Kodiak BP, LLC, a Delaware Limited Liability Company. Kodiak BP, LLC 's only member is Kodiak Finance, Inc.

Kodiak Finance Inc. was incorporated in Delaware and has its principal place of business in Delaware. Kodiak Finance, Inc.'s parent corporation is Kodiak Guarantor, Inc. No publicly

held corporation owns more than ten percent (10%) of Kodiak Finance, Inc's or Kodiak Guarantor, Inc.'s stock.

Dated this 14th day of June, 2024.

                                      WHITE AND STEELE, P.C.

                                      */s/ Morgan S. Nance*
                                    Monty L. Barnett, #6-2694
                                    Morgan S. Nance, #8-7173
                                    White and Steele, P.C.
                                    Dominion Towers, North Tower
                                    600 17th Street, Suite 600N
                                    Denver, CO 80202-5406
                                    303/296-2828
                                    mbarnett@wsteele.com
                                    mnance@wsteele.com

                                    ATTORNEYS FOR DEFENDANT KBP BUILDING MATERIALS LLC

## CERTIFICATE OF SERVICE

    The undersigned certifies that a true and correct copy of the foregoing Amended Corporate Disclosure Statement was served upon all parties to this action pursuant to the Rules of Civil Procedure on June 14, 2024, and that copies were served as follows:

| | |
|---|---|
| William R. Fix, Esq. | (X)  CM/ECF System |
| Fix Law Office | (  )  U.S Mail |
| P.O. Box 1459 | (  )  Fed. Ex. |
| Kealakekua, Hawaii | (  )  Fax |
| fixlawoffice@gmail.com | (  )  Email |
| *Attorney for Plaintiff* | |

                                                  *s/Rosalie Martinez*
                                                  For White & Steele, P.C.